No. 628. ANDERSON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. *H. Dale Cook* for petitioner.

No. 637. TOWN OF HEMPSTEAD ET AL. *v.* AMERICAN AIRLINES, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Howard E. Levitt* for petitioners. *Fowler Hamilton, Lyman M. Tondel, Jr.,* and *George Weisz* for American Airlines, Inc., et al., *Sidney Goldstein, Daniel B. Goldberg,* and *Joseph Lesser* for Port of New York Authority, *Samuel J. Cohen* for Ruby et al., and *Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge,* and *Norman Knopf* for the Administrator of the Federal Aviation Agency, respondents.

No. 639. WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION *v.* UNITED STATES ET AL.; and
No. 658. WASHINGTON, VIRGINIA & MARYLAND COACH Co., INC., ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied. *Russell W. Cunningham* for petitioner in No. 639, and *Manuel J. Davis* and *Samuel M. Langerman* for petitioners in No. 658. *Solicitor General Griswold, Assistant Attorney General Martz, Roger P. Marquis, Thomas L. McKevitt,* and *A. Donald Mileur* for the United States et al. in both cases.

No. 649. DUGGER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Kenneth K. Simon* for petitioner. *Solicitor General Griswold* for the United States.

No. 653. PRESCOTT *v.* SHELL OIL Co., INC. C. A. 6th Cir. Certiorari denied. *Leslie A. Nicholson* for petitioner. *J. Martin Regan* for respondent.